In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00095-CV
_____

NISSAN MEXICANA, S.A. DE C.V., Appellant

V.

MELISSA SIAS, INDIVIDUALLY AND AS NEXT FRIEND OF TAYLOR J. CHARLES, AND TAYLOR J. CHARLES, Appellees

On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-198,652

**ORDER**

Our Order of April 9, 2019, is withdrawn, and this Order is substituted.

The appellant, Nissan Mexicana, S.A. de C.V., ("NMEX") filed a motion to temporarily stay the trial court proceedings as to NMEX pending resolution of its accelerated appeal from an order denying a special appearance. *See* Tex. Civ. Prac.

1

& Rem. Code Ann. § 51.014(a)(7) (West Supp. 2018). The appellees filed a response. The parties notified the Court they have a scheduled mediation.

When an appeal from an interlocutory order is perfected, we may make such orders as are necessary to preserve the parties' rights until disposition of the appeal. Tex. R. App. P. 29.3. It is, therefore, ORDERED that, except for mediation, all further trial court proceedings in Cause Number B-198,652, are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 29.3.

ORDER ENTERED April 12, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.